# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0005.  SHANNON BARTON v. THE STATE.**

In 2012, Shannon Barton pled guilty to vehicular homicide.  She later filed a motion to modify and/or reduce her sentence.  By order entered January 29, 2013, the trial court denied the motion.  One hundred forty-one days later, on June 19, 2013, Barton filed a notice of appeal indicating her wish to appeal the January 29 order.[1]  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Barton's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/27/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Barton also filed two other motions to modify her sentence.  The trial court granted one in part, by order entered August 31, 2012, and denied the other, by order entered May 8, 2013.  Barton did not mention those orders in her notice of appeal.  Even if she had, however, her appeal is also untimely as to those orders.